Submitted on record and briefs July 3, reversed in part; otherwise affirmed
August 6, petition for review denied November 25, 2003 (336 Or 146)

STATE ex rel JAMES MARK HAYDON,
*Appellant,*

*v.*

Charles KLIEWER,
Administrator,
Offender Information and Sentence Computation (OISC)
of Oregon Department of Corrections,
*Respondent.*

02C 14714; A119052

74 P3d 1110

James Mark Haydon filed the brief *pro se*.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals a judgment dismissing a writ of mandamus and requiring him to pay $167 in filing fees that the trial court initially had deferred because of indigency pursuant to ORS 21.605(1)(a). He assigns error both to the dismissal of the writ and to the imposition of the filing fees. Defendant argues that the trial court properly dismissed the writ but erred in requiring plaintiff to pay the filing fees without first determining whether plaintiff is able to pay them.

We reject plaintiff's first assignment without discussion. We accept defendant's concession as to the second assignment of error. *See State ex rel Baker v. Cook,* 171 Or App 719, 16 P3d 1184 (2000).

Judgment requiring plaintiff to pay $167 in filing fees reversed; otherwise affirmed.